| Date | Pleading Number | |
|---|---|---|
| 6/14/71 | 1 | MOTION TO TRANSFER UNDER 28 U.S.C. §1407 defendants Arnold Bernhard & Co., Inc., Value Line Appraisals, Inc., Arnold Bernard, David Huxley and Harold Benjamin for conoldidation of three cases in the Southern District of New York. Supporting Memorandum and Affidavit of Service attached. |
| 6/28/71 | 2 | Schlusselberg (P) brief and Exhibit to motion to transfer. w/ affidavit of service. |
| 6/28/71 | 3 | MENDOLSOHN (P) Brief to Motion to transfer w.affidavit of service |
| 7/9/71 | 4. | Moving Defendants' Reply Brief |
| 7/22/71 | 5 | Dacey and Kanon (P's) brief in support of motion. |
| 7/29/71 | 6 | SCHLUSSELBERG V. ARNOLD BERNHARD & CO |
| | | MENDELSOHN V. ARNOLD BERNHARD & CO. |
| | | DACEY V. VALUE LINE SPECIAL SITUATION FUND Albert D. Jordan, defendant's attorney, series of correspondence amoung counsel in the captioned actions. |
| 8/2/71 | 7. | Reply Brief of Jack R. Mendelsohn (pltf.) |
| 8/20/71 | | SCHLUSSELBERG V. ARNOLD BERNHARD, S.D.N.Y. 70 Civ. 2823 DACEY V. VALUE LINE SPECIAL SITUATION FUND, S.D.N.Y., 69 Civ. 699 MENDELSOHN V. ARNOLD BERNHARD, E.D.PA., 70-2885 HEARING ORDER entered today. Set for 9/24/71 Hearing, Washington, D.C. |
| 11/15/71 | | CONSENT from Chief Judge Edelstein for Judge Charles H. Tenney's assignment to the litigation. |
| 11/15/71 | | OPINION AND ORDER transferring A-2 to the S.D. New York and assigning to Judge Charles H. Tenney for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 (A-1,A-2, A-3) |

*334 F.Supp. 999*

DOCKET NO. 75

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Description of Litigation  Computer ID Code 208

MDL-75 -- In re VALUE LINE SPECIAL SITUATIONS FUND LITIGATION

S.D. New York, 11/15/71  Judge Charles H. Tenney

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-1 | Claire Schlusselberg v. Arnold Bernhard & Co., et al. *dism 8/29/79* | S.D.N.Y. 70 Civ.2823 | NT | ~~~~ | |
| A-2 | Jack R. Mendelsohn, etc. v. Arnold Bernhard & Co., et al. *dism 8/29/79* | E.D.Pa. 70-2885 | Masterson | 11/15/71 | 71 Civ 5060 ✓ |
| A-3 | Norman F. Dacey, et al. v. The Value Line Special Situation Fund, Inc. *dism 8/29/79* et al. | S.D.N.Y. 8/29/79 69 Civ. 699 | NT | ~~~~ | |

Opinion & Order Nov 15, 1971

| | Claire Schlusselberg v. Anderson, et al. *dism 8/29/79* | S.D.N.Y. 71 Civ. 5578 ✓ | | | Correct per Dorothy 5/9/75 |

Closed 8/29/79

Correct 7-76
Correct 7/77
Correct 7/78
7/79

DOCKET NO. 75

## ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

MDL-75 - VALUE LINE SPECIAL SITUATION FUND LITIGATION

PANEL ATTORNEY LIST

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | Ira Jay Sands, Esq.<br>701 Seventh Avenue<br>New York, New York 10036 | GEORGE W. ANDERSON, JR.<br>and others<br><br>Pollack & Singer<br>111 Broadway<br>NewYork, New York 10006 |
| A-2 | Wolf, Block, Schorr and Solis-Cohen<br>12th Floor, Packard Building<br>Philadelphia, Penna. 19102 | THE VALUE LINE SPECIAL SITUATION FUND |
| A-3 | Pomerantz, Levy, Handek & Block<br>295 Madison Avenue<br>New York, New York 10017 | Richard Allan, Esq.<br>Kelley, Drye, Newhall, Maginnes & Warren<br>350 Park Avenue<br>New York, New York 10022 |
| A-3 | Arthur Stephen Burn<br>~~Lawrence Fabian~~, Esquire<br>Penn & Burns<br>14 East 69th Street<br>New York, New York | O. L. WALTER & CO.<br><br>Richard G. McGahren, Esquire<br>D'Amato, Costello & Shea<br>116 John Street<br>New York, New York  10038 |
| | | ~~VALUE LINE SECURITIES, INC.~~<br>ARNOLD BERNHARD & CO., INC.<br>VALUE LINE APPRAISALS, INC.<br>ARNOLD BERNHARD<br>DAVID B HUXLEY<br>HAROLD BENJAMIN<br><br>Albert D. Jordan, Esq.<br>Valicenti, Leighton, Reid & Pine<br>70 Pine Street<br>New York, New York |
| | | ~~VALUE LINE FUND, INC~~<br>~~VALUE LINE INCOME FUND, INC~~<br>~~THE VALUE LINE DEVELOPMENT CAPITAL CORP.~~<br>~~MEMPHIS & SHELBY COUNTY RETIREMENT TRUST~~<br><br>5 East 44th Street<br>New York, New York |

p: ____

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 75 -- VALUE LINE SPECIAL SITUATION FUND LITIGATION

## COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| ✓ ARNOLD BERNARD & CO, INC. | A-1; A-2; A-3 |
| ✓ ARNOLD BERNARD | A-1; A-2; A-3 |
| ANDERSON, GEROGE W. JR. | A-3 |
| ✓ BENJAMIN, HAROLD | A-1; A-2; A-3 |
| BOSHEN, WALTER C. | A-3 |
| BERG, GOROGE C. | A-3 |
| CALLEY, FRANCIS A. | A-3 |
| GOODWIN, RICHARD B. | A-3 |
| HALSEY, JAMES H. | A-3 |
| ✓ HUXLEY, DAVID BRUCE | A-1; A-2; A-3 |

p. _____

| Name | |
|---|---|
| O. L. WALTER & CO. | A-3 |
| RIDGELY, RUXTON M | A-3 |
| ROPER, ELMO | A-3 |
| SEELEY, HERBERT B. | A-3 |
| SMITH, FRANK B. | A-3 |
| THE VALUE LINE SPECIAL SITUATIONS FUND, INC. | A-1; A-2; A-3 |
| VALUE LINE APPRAISALS, INC. | A-1; A-2; A-3 |
| VALUE LINE SECURITIES, INC | A-1; A-2; A-3 |
| VALUE LINE INCOME FUND, INC | A-1 |
| VALUE LINE DEVELOPMENT CAPITAL CORP. | A-1 |
| MEMPHIS & Shelby COUNTY RETIREMENT TRUST | A-1 |